

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00766-CV

**IN THE INTEREST OF J.I.M. AND A.A.M., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01450
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

In this accelerated appeal of the November 8, 2016 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on December 22, 2016. *See* TEX. R. APP. P. 38.6(a). On December 30, 2016, Appellant filed a motion for a thirty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by January 23, 2017. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court